# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:01-cr-00055-W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ALEXANDER ALEGRIA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THE MATTER is before the Court on Defendant's Motion for Reconsideration of Garnishment (Doc. No. 11) and the Government's response in opposition (Doc. No. 13).

Defendant requests this court reconsider the amount of restitution that he has to pay each month. For the reasons stated in the Government's brief (Doc. No. 13), Defendant's motion is DENIED.

IT IS HEREBY ORDERED that the Defendant's Motion for Reconsideration of Garnishment (11) is DENIED.

IT IS SO ORDERED.

Signed: November 5, 2007

Frank D. Whitney
United States District Judge