IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. 3:01CR55 |
| | ) | (Financial Litigation Unit) |
| ALEXANDER ALEGRIA, | ) | |
|     Defendant. | ) | |
| and | ) | |
| | ) | |
| LABORATORY CORPORATION OF AMERICA, | ) | |
|     Garnishee. | ) | |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case on August 3, 2006, against the defendant Alexander Alegria is DISMISSED.

Signed: July 14, 2008

Frank D. Whitney
United States District Judge